**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Christopher NEAL,**
**Defendant–Appellant.**

**No. 10–6305.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 28, 2011.

Ronald Christopher Neal, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

172

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Christopher Neal appeals the district court's order denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Neal,* No. 2:94–cr–00300–JAB–4 (M.D.N.C. Jan. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*